UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE WARD,

    Petitioner,

                    CASE NO. 5:06-CV-10188
v.                 HONORABLE JOHN CORBETT O'MEARA

HUGH WOLFENBARGER,

    Respondent.
_____/

## ORDER GRANTING PETITIONER'S LETTER REQUEST FOR DOCUMENT

This matter is before the Court on Petitioner's letter request [Docket #8] seeking a copy of the Court's order denying his motion to stay/abey his habeas proceedings [Docket #4]. The order has been returned to the Court on several occasions as undeliverable.

Having reviewed the pleadings, the Court hereby **GRANTS** Petitioner's request and **ORDERS** the Clerk of the Court to send another copy of the Court's order denying the motion to stay/abey to Petitioner at the address listed on his letter request. Petitioner shall have **30 days** from the filing date of this order to take any action consistent with the Court's order denying the motion to stay/abey his habeas proceedings.

    **IT IS SO ORDERED**.


                    s/John Corbett O'Meara
                    John Corbett O'Meara
                    United States District Judge

Dated: April 17, 2006